IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Givenchy SA, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:25-cv-5145 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Plaintiff Givenchy SA ("Givenchy") files this Motion requesting leave to file the following documents under seal: (1) Plaintiff's Memorandum Establishing that Joinder is Proper, which contains identifying information of the Defendants in order to establish joinder; and (2) Declaration of Philip G. Groves Addressing Joinder, which also contains identifying information of the Defendants in order to establish joinder.

In this action, Givenchy is requesting an *ex parte* temporary restraining order and other relief based on an action for trademark infringement, counterfeiting, and false designation of origin. Sealing these documents is necessary to prevent the Defendants from learning of these proceedings prior to the Court issuing a temporary restraining order and Givenchy taking steps to effectuate that order by working with online service providers to prevent Defendants from continuing to sell counterfeit Givenchy products and to freeze Defendants' online payment accounts. If Defendants learned of these proceedings prematurely, they would likely destroy relevant evidence and hide or transfer their assets, which would frustrate the purpose of this lawsuit and interfere with this Court's power to grant relief. Once Givenchy has effectuated enforcement of the temporary restraining order with the online service providers, Givenchy will move to unseal these documents.

Dated May 9, 2025      Respectfully submitted,

_____

*Counsel for Plaintiff Givenchy S.R.L.* Paul Kossof. (ARDC #6319307) KossofIPR

875 N. Michigan Ave, Suite 3115

Chicago, IL 60611

224-433-1553

p.kossof@kossofipr.com